IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JAMES LUCAS, )
)
    Plaintiff, )
)
v. ) Civil Action No. 1:09-cv-365
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
    Defendant. )

## ORDER

This matter comes before the Court on the amended Report and Recommendation (Dkt. No. 21) of the Magistrate Judge dated May 17, 2010, recommending that Defendant's Motion for Summary Judgment be granted. Plaintiff filed an objection (Dkt. No. 19) to the Report and Recommendation on May 17, 2010.

The Court conducted a *de novo* review of the record in this case and examined each of Plaintiff's grounds for objection. Finding no error, the Court adopts the findings and recommendation of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Defendant's Motion for Summary Judgment (Dkt. No. 11) is GRANTED and Plaintiff's Motion for Summary Judgment (Dkt. No. 14) is DENIED. The decision of the Commissioner is affirmed.

July 22, 2010
Alexandria, Virginia

                                              /s/
                                      Liam O'Grady
                                      United States District Judge